RAHWAY VALLEY JOINT MEETING, APPELLANT, v. FRANK L. CLEARY ET AL., RESPONDENTS.

Submitted May 27, 1932—Decided October 17, 1932.

For the appellant, *Francis V. Dobbins*.

For the respondent, *John Milton*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, PARKER, LLOYD, CASE, BODINE, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ. 11.

*For reversal*—None.